IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LARRY DARNELL WILLIAMS, | * |
| Petitioner | * |
| vs. | * |
| | CASE NO. 4:09-CV-95 (CDL) |
| CLAY TATUM, | * |
| Respondent | * |

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on August 12, 2009. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. The Court does note that Petitioner has filed "notices of appeal" prior to this Court's adoption of the Magistrate's Report and Recommendation. To the extent that those notices are deemed to be objections to the Magistrate's Report and Recommendation, the Court rejects those objections, finding them to be without merit.

IT IS SO ORDERED, this 30th day of October, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE